**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
__Central__ District of __California__
(State)

Case number (if known): _____ Chapter __11__

☐ Check if this is an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. Debtor's name | Air Force Village West, Inc. d/b/a Altavita Village | |
| 2. All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names, and *doing business as* names | None | |
| 3. Debtor's federal Employer Identification Number (EIN) | 33 - 0061828 | |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 17050 Arnold Street<br>Number   Street | Number   Street |
| | P.O. Box |
| Riverside   CA   92518<br>City   State   ZIP Code | City   State   ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Riverside<br>County | Number   Street |
| | |
| | City   State   ZIP Code |

5. Debtor's website (URL)    www.livealtavita.org

6. Type of debtor
☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

---

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 1

American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor  **Air Force Village West, Inc. d/b/a Altavita Village**    Case number (*if known*) _____
     Name

| 7. Describe debtor's business | |
|---|---|
| | **A.** *Check one:* |
| | ☒ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101 (51B)) |
| | ☐ Railroad (as defined in 11 U.S.C. § 101(44)) |
| | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) |
| | ☐ None of the above |
| | |
| | **B.** *Check all that apply:* |
| | ☒ Tax-exempt entity (as described in 26 U.S.C. § 501) |
| | ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3) |
| | ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11)) |
| | |
| | **C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes. |
| | _6233_ |

| 8. Under which chapter of the Bankruptcy Code is the debtor filing? | *Check one:* |
|---|---|
| | ☐ Chapter 7 |
| | ☐ Chapter 9 |
| | ☒ Chapter 11. *Check all that apply:* |
| |     ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that). |
| |     ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). |
| |     ☐ A plan is being filed with this petition. |
| |     ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
| |     ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201 A) with this form. |
| |     ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2. |
| | ☐ Chapter 12 |

| 9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years? If more than 2 cases, attach a separate list. | ☒ No |
|---|---|
| | ☐ Yes.  District _____ When _____ Case number _____ |
| |                                                     MM / DD / YYYY |
| |       District _____ When _____ Case number _____ |
| |                                                     MM / DD / YYYY |

| 10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor? List all cases. If more than 1, attach a separate list. | ☒ No |
|---|---|
| | ☐ Yes.  Debtor _____ Relationship _____ |
| |       District _____ When _____ |
| |       Case number, if known _____      MM / DD / YYYY |

Official Form 201        Voluntary Petition for Non-Individuals Filing for Bankruptcy        page 2


American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor **Air Force Village West, Inc. d/b/a Altavita Village**　　　Case number (*if known*) _____
　　　　Name

**11. Why is the case filed in *this district*?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

　Why does the property need immediate attention? (*Check all that apply.*)

　☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
　　What is the hazard? _____

　☐ It needs to be physically secured or protected from the weather.

　☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

　☐ Other _____

　Where is the property?　_____
　　　　　　　　　　　　　　Number　　Street

　　　　　　　　　　　　　　_____

　　　　　　　　　　　　　　City　　　　　　　　　　State　ZIP Code

　Is the property insured?
　☐ No
　☐ Yes. Insurance agency _____
　　　　　Contact name _____
　　　　　Phone _____

### Statistical and administrative Information

**13. Debtor's estimation of available funds**

Check one:

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☒ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☒ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

Official Form 201　　Voluntary Petition for Non-Individuals Filing for Bankruptcy　　page 3

American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor  Air Force Village West, Inc. d/b/a Altavita Village    Case number (if known) _____
        Name

**16. Estimated liabilities**
- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☒ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  03/10/2019
            MM / DD / YYYY

X  /s/ Mary Carruthers
Signature of authorized representative of debtor

Printed name: Mary Carruthers

Title  Chairman of the Board

**18. Signature of attorney**

X  /s/ Samuel R. Maizel                    Date  03/10/2019
Signature of attorney for debtor                 MM / DD / YYYY
Counsel for Air Force Village West, Inc.
d/b/a Altavita Village

Samuel R. Maizel
Printed name

Dentons US LLP
Firm name

601    South Figueroa Street, Suite 2500
Number    Street

Los Angeles                               CA          90017-5704
City                                      State       ZIP Code

(213) 623-9300                            samuel.maizel@dentons.com
Contact phone                             Email address

189301                                    CA
Bar number                                State

104463200\V-1
Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 4
American LegalNet, Inc.
www.FormsWorkFlow.com

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION** | |
| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Samuel R. Maizel SBN 189301<br>DENTONS US LLP<br>601 South Figueroa Street, 25th Floor<br>Los Angeles, CA 90017<br>Telephone: 213/623-9300<br>Facsimile: 213/623-9924<br>samuel.maizel@dentons.com<br>*Attorney for:* Debtor | CASE NO.:<br><br>CHAPTER: 11<br><br>ADVERSARY NO.:<br>(*if applicable*) |
| In re:<br>Air Force Village West, Inc. d/b/a Altavita Village<br><br><br><br>Debtor(s). | **ELECTRONIC FILING DECLARATION**<br>**(NON-INDIVIDUAL)**<br>**[LBR 1002-1(f)]** |

☒ Petition, statement of affairs, schedules or lists          Date filed: March 10, 2019
☐ Amendments to the petition statements of affairs, schedules or lists    Date filed: _____
☐ Other *(specify)*: _____                         Date filed: _____

**PART I - DECLARATION OF SIGNATORY OF DEBTOR OR OTHER PARTY**

I, the undersigned, declare under penalty of perjury that: (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature on behalf of the Filing Party and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature lines; (5) I have actually signed a true and correct printed copy of the Filed Document in such places on behalf of the Filing Party and provided the executed printed copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California.

Date: March 10, 2019         *[signature]*
                             Signature (handwritten) of authorized signatory of Filing Party
                             Mary Carruthers
                             Printed name of authorized signatory of Filing Party
                             Chairman of the Board
                             Title of authorized signatory of Filing Party

**PART II - DECLARATION OF ATTORNEY FOR FILING PARTY**

I, the undersigned Attorney for the Filing Party, declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed *Part 1 - Declaration of Authorized Signatory of Debtor or Other Party* of this *Declaration* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by "/s/," followed by the name of the Filing Party's authorized signatory, on the true and correct printed copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration* and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration* and the Filed Document available for review upon request of the court or other parties.

Date: March 10, 2019         *[signature]*
                             Signature (handwritten) of attorney for Filing Party
                             Samuel R. Maizel
                             Printed Name of attorney for Filing Party

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015                                F 1002-1.DEC.ELEC.FILING.NONINDIVIDUAL

**Fill in this information to identify the case:**

Debtor name <u>Air Force Village West, Inc. d/b/a Altavita Village</u>

United States Bankruptcy Court for the: <u>Central</u> District of <u>CA</u>
                                                                    (State)

Case number (If known):_____

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Internal Revenue Service<br>P.O. Box 9941, STOP 6552<br>Ogden, UT  84409-0941 | | Contingent Rebatable Arbitrage | Contingent Disputed | | | 1,085,861.00 |
| 2 | Howard and Katherine Davis<br>21230 Lemay<br>Riverside, CA 92518 | Howard Davis<br>951/567-5349<br>howkat2000@sbcglobal.net | Contract | Contingent | | | 710,784.00 |
| 3 | Evelyn Petrie<br>17050 Arnold Dr<br>Riverside, CA  92518 | Evelyn Petrie<br>951/567-5180 | Contract | Contingent | | | 329,869.00 |
| 4 | John McGrew<br>17050 Andrews Cir<br>Riverside, CA  92518 | John McGrew<br>951/567-5985 | Contract | Contingent | | | 205,268.00 |
| 5 | Shirley Ann Erskine<br>16932 Spaatz Cir<br>Riverside, CA  92518 | Shirley Ann Eriskine<br>951/567-5732 | Contract | Contingent | | | 192,795.00 |
| 6 | Margo Ryan<br>16800 Mitchell Cir<br>Riverside, CA  92518 | Margo Ryan<br>951/567-2307 | Contract | Contingent | | | 182,061.00 |
| 7 | GuardianComp<br>255 Great Valley Pkwy., Ste. 200<br>Malvern, PA 19355 | GuardianComp<br>559/433-1300 | Lawsuit-Workers Compensation | Contingent Unliquidated Disputed | | | 179,291.00 |
| 8 | Sheldon & Grace Chase<br>16720 Charles Gabriel Cir<br>Riverside, CA  92518 | Sheldon & Grace Chase<br>951/567-5608 | Contract | Contingent | | | 152,657.00 |

Debtor  Air Force Village West, Inc. d/b/a Altavita Village    Case number (*if known*) _____
      Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim. If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Albert & Ardith Younglove<br>16795 Halsey Cir<br>Riverside, CA 92518 | Albert & Ardith Younglove<br>951/567-5869 | Contract | Contingent | | | 147,002.00 |
| 10 | Barbara Holland<br>16870 Nimitz Cir<br>Riverside, CA 92518 | Barbara Holland<br>951/567-5762 | Contract | Contingent | | | 131,318.00 |
| 11 | Gary Jennings<br>21383 Westover Cir<br>Riverside, CA 92518 | Gary Jennings<br>951/567-5891 | Contract | Contingent | | | 126,263.00 |
| 12 | Resident/Patient<br>[Redacted] | Resident/Patient<br>[Redacted] | Contract | Contingent | | | 118,750.00 |
| 13 | Barbara & Lloyd Hamilton<br>21485 Lejeune Dr<br>Riverside, CA 92518 | Barbara & Lloyd Hamilton<br>951/567-5942 | Contract | Contingent | | | 118,334.00 |
| 14 | Georgina & Norman Groom<br>21055 George Brown<br>Riverside, CA 92518 | Georgina & Norman Groom<br>951/567-5859 | Contract | Contingent | | | 113,605.00 |
| 15 | Inger & Robert Kildebeck<br>21270 George Brown Ave.<br>Riverside, CA 92518 | Robert Kildebeck<br>951/567-5597 | Contract | Contingent | | | 113,167.00 |
| 16 | Suzy & Tim Hanigan<br>16871 Nimitz Cir.<br>Riverside, CA 92518 | Tim Hanigan<br>951/567-5359 | Contract | Contingent | | | 112,002.00 |
| 17 | Infosera Inc., dba TechMD<br>3525 Hyland Ave., Suite 235<br>Cota Mesa, CA 92626 | TechMD<br>888/883-2463 | Trade Vendor | Contingent | | | 195,189.00 |
| 18 | Joseph Shouse<br>2701 Mayport Rd, #318<br>Jacksonville, FL 32233 | Joseph Shouse | Contract | Contingent | | | 178,136.00 |
| 19 | Kaiser Foundation Health Plan<br>P.O. Box 80204<br>Los Angeles, CA 90080-0204 | Kaiser Foundation Health Plan | Trade Vendor | | | | 136,612.00 |
| 20 | Outreach Rehabilitation Services<br>1221 Crown Street<br>Redland, CA 92373 | | Trade Vendor | | | | 108,871.00 |

Official Form 204    **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**    page 2

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Samuel R. Maizel (SBN 189301)<br>samuel.maizel@dentons.com<br>Tania M. Moyron (SBN 235736)<br>tania.moyron@dentons.com<br>DENTONS US LLP<br>601 South Figueroa Street, Suite 2500<br>Los Angeles, California  90017-5704<br>Telephone: (213) 623-9300<br>Facsimile: (213) 623-9924 | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

| In re:<br><br>AIR FORCE VILLAGE WEST, INC. d/b/a ALTAVITA VILLAGE,<br><br><br>                                              Debtor(s). | CASE NO.:<br><br>CHAPTER: 11<br><br>**ATTACHMENT TO VOLUNTARY PETITION FOR NON-INDIVIDUAL FILING FOR BANKRUPTCY UNDER CHAPTER 11**<br><br>[*If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this form shall be completed and attached to the petition.*] |
|---|---|

1. If any of the Debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is  N/A_____.

2. The following financial data is the latest available information and refers to the debtor's condition on  Unknown_____.
   a. Total assets                                                                                  $_____
   b. Total debts (including debts listed in 2.c., below)                       $_____
   c. Debt securities held by more than 500 holders

| | | | | Approximate number of holders: |
|---|---|---|---|---|
| ☐ secured | ☐ unsecured | ☐ subordinated | $ | |
| ☐ secured | ☐ unsecured | ☐ subordinated | $ | |
| ☐ secured | ☐ unsecured | ☐ subordinated | $ | |
| ☐ secured | ☐ unsecured | ☐ subordinated | $ | |
| ☐ secured | ☐ unsecured | ☐ subordinated | $ | |

   d. Number of shares of preferred stock _____
   e. Number of shares of common stock _____
   Comments, if any:

3. Brief description of the Debtor's business:  Continuing care retirement community with assisted living, independent living, independent living, skilled nursing and memory care services.

4. List the names of any persons who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of the Debtor:
   N/A

*December 2015*                                                                                                                              **Official Form 201A**

## WRITTEN CONSENT BY THE BOARD OF DIRECTORS
## OF
## AIR FORCE VILLAGE WEST, INC. d/b/a ALTAVITA VILLAGE

The undersigned, constituting the board of directors (the "Board") of Air Force Village West, Inc. d/b/a Altavita Village (the "Company") hereby consents to the adoption of the following resolutions:

A.   **Chapter 11 Case**:

WHEREAS, the Board has considered the financial and operational aspects of the Company and the Company's business, and the recommendations of the Company's professionals and advisors;

WHEREAS, the Board has reviewed the historical performance of the Company, the market for the Company's assets and services, and the current and long-term liabilities of the Company;

WHEREAS, the Board has reviewed, considered, and received the recommendations of the Company's professionals, advisors, and retained managers as to the terms of the proposed restructuring to be implemented during the course of a chapter 11 case of the Company; and

WHEREAS, in connection with contemplated filing for relief under chapter 11 of the Bankruptcy Code, it is contemplated that the Company will seek the approval of the United States Bankruptcy Court for the Central District of California (the "Bankruptcy Court") of a process to sell substantially all of the Company's assets pursuant to, among other sections and rules, section 363 of the Bankruptcy Code, free and clear of all liens, claims, encumbrances, and other interests, except as otherwise may be provided in any transaction documents or court orders, and that the Company intends to sell substantially all of its assets pursuant to such court-supervised process, subject to the terms and conditions of various documents that will be considered and negotiated by the Company including, but not limited to, an asset purchase agreement.

NOW, THEREFORE, BE IT RESOLVED: That in the judgment of the Board, based on its review and consideration of the foregoing, it is desirable and in the best interests of the Company, its creditors, shareholders and other interested parties that a voluntary petition be filed by the Company under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the Bankruptcy Court;

BE IT FURTHER RESOLVED: that Mary Carruthers, Chairman of the Board, in her own discretion, and/or other board members or officers of the Company (each, an "Authorized Person") be, and hereby is, authorized to prepare, execute and file, or cause to be prepared, executed and filed, all documents, petitions, pleadings and other instruments (including without limitation, documents related to debtor-in-possession financing, the sale of substantially all of the Company's assets, and any plan of reorganization) necessary or appropriate, in Authorized Person's sole discretion, to cause

the initiation and prosecution by the Company of a case under chapter 11 of the Bankruptcy Code, and to take any and all actions which Authorized Person deems necessary or proper to effectuate these resolutions and to obtain such relief;

BE IT FURTHER RESOLVED: that the Company be, and it hereby is, authorized and empowered to take or cause to be taken any and all such other and further action, and to execute, acknowledge, deliver and file any and all such instruments as it, in its discretion, may deem necessary or advisable in order to carry out the purpose and intent of the foregoing resolutions; and

BE IT FURTHER RESOLVED: that all of the acts and transactions relating to matters contemplated by the foregoing resolutions of management and members of the Board, in the name and on behalf of the Company, which acts would have been approved by the foregoing resolutions except that such acts were taken prior to the execution of these resolutions, are hereby in all respects confirmed, approved and ratified.

B.  **Retention of Advisors**:

WHEREAS, the Board has determined, in the good-faith exercise of its reasonable business judgment, that is desirable and in the best interests of the Company and its creditors, employees and other interested parties to employ the law firm of Dentons US LLP as general bankruptcy counsel to the Company to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights in connection with its preparation for, commencement of, and prosecution of a case under chapter 11 of the Bankruptcy Code, the Company is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the chapter 11 case, and to cause to be filed an appropriate application for authority to retain the services of Dentons US LLP;

WHEREAS, the Board has determined, in the good-faith exercise of its reasonable business judgment, that is desirable and in the best interests of the Company and its creditors and employees and other interested parties to authorize the Company to agree to the entry of an order to excuse Cordes & Company, LLC from the requirements of section 543 of the Bankruptcy Code and remain in the possession of the Company's assets as receiver in connection with the chapter 11 case, subject to approval by the Bankruptcy Court;

WHEREAS, the Board has determined, in the good-faith exercise of its reasonable business judgment, that it is desirable and in the best interests of the Company and its creditors and employees and other interested parties to engage Cushman & Wakefield US, Inc. as the commercial real estate broker for the Company in connection with the chapter 11 case, subject to approval by the Bankruptcy Court;

NOW, THEREFORE:

BE IT RESOLVED, that the Company is authorized to engage Dentons US LLP as general bankruptcy counsel for the Company in connection with the chapter 11 case, subject to approval by the Bankruptcy Court;

BE IT RESOLVED, that the Company is authorized to engage Cordes & Company, LLC as financial advisor for the Company in connection with the chapter 11 case, subject to approval by the Bankruptcy Court;

BE IT RESOLVED, that the Company is authorized to engage Cushman & Wakefield US, Inc. as the commercial real estate broker for the Company in connection with the chapter 11 case, subject to approval by the Bankruptcy Court;

BE IT RESOLVED, the Company be, and it hereby is, authorized and directed to employ additional professionals as the Company, in its reasonable discretion, deems necessary to represent and assist the Company in carrying out its duties under the Bankruptcy Code, to continue operations in the ordinary course of business, and to carry out the purpose and intent of the foregoing resolutions; the Company is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the chapter 11 case, and to cause to be filed an appropriate application for authority to retain the services of any additional professional; and

BE IT RESOLVED, that each Authorized Person is authorized and empowered, in the name and on behalf of the Company, to engage and retain for the benefit of the Company all assistance by legal counsel, accountants, investment banking advisors, financial advisors, restructuring advisors, and other professionals, subject to approval by the Bankruptcy Court, and to perform any and all further acts and deeds for the benefit of the Company that the Authorized Persons deem necessary, proper, advisable, or desirable in furtherance thereof with a view to the successful prosecution of the Company's chapter 11 case.

C. **DIP Financing**:

WHEREAS, the Board has reviewed a copy of the Summary of Terms and Conditions of Debtor In Possession Loan Facility dated on or about March 6, 2019 (the "Term Sheet") which summarizes material terms and conditions of a debtor in possession, working capital, senior secured, superpriming credit facility that would be provided by Lapis Advisers, LP, as agent and a DIP Lender, and KBC Bank NV, as a DIP Lender (defined terms used in this Section C have the meanings given such terms in the Term Sheet unless otherwise defined or specified in these resolutions);

WHEREAS, having reviewed and considered the Term Sheet, and having received the recommendations of the Company's professionals, advisors, and retained managers, the Board has determined, in the good-faith exercise of its reasonable business judgment, that is desirable and in the best interests of the Company to enter into a proposed "Debtor-in-Possession Credit Agreement" (as the same may be amended,

3

amended and restated, supplemented or otherwise modified from time to time in accordance with its terms (the "Credit Agreement") and other DIP Loan Documents pursuant to which the Company will borrow new money term loans, from time to time in accordance with the Budget, in the aggregate principal amount of up to $4,250,000 and DIP roll-up loans on a dollar-for-dollar basis as refinancing of the outstanding obligations owed to the DIP Lenders under that certain Receivership Certificate Lending Agreement, dated as of August 28, 2018, and;

NOW, THEREFORE, BE IT RESOLVED: that the Company be, and it hereby is, authorized to accept and approve the Term Sheet, to execute an engagement letter with the DIP Agent and the DIP Lenders authorizing the DIP Agent and the DIP Lenders to provide (on an uncommitted basis) the DIP Loans (subject to and in accordance with the Term Sheet), to enter into the Credit Agreement, issue any promissory notes evidencing the DIP Loans, enter into the other DIP Loan Documents, to borrow the DIP Loans, which shall bear such interest, require payment of such fees and be in such form and have such other terms and conditions as are approved or deemed necessary, appropriate or desirable by the Authorized Persons executing the same, the execution thereof by such Authorized Persons to be conclusive evidence of such approval and determination;

BE IT FURTHER RESOLVED: that the Company be, and it hereby is, authorized to secure payment of the DIP Loans, interest thereon, and fees and expenses related thereto, and payment and performance of all other obligations and liabilities of the Company arising under, out of, or in connection with, the Credit Agreement (collectively, the "Obligations"), by (i) pledging to the DIP Agent, or granting to the DIP Agent, a lien or mortgage on, or security interest in, all or substantially all of the Company's real property and personal property, whether now owned or hereafter acquired, and (ii) entering into or causing to be entered into such security agreements, pledge agreements, mortgages, deeds of trust and other agreements as are necessary, appropriate or desirable to effectuate the intent of, or matters reasonably contemplated or implied by, these resolutions, in such form, covering such collateral and having such other terms and conditions as are approved or deemed necessary, appropriate or desirable by the Authorized Persons (collectively, the "Security Agreements"), the execution thereof by such Authorized Persons to be conclusive evidence of such approval or determination;

BE IT FURTHER RESOLVED: that the Authorized Persons be, and each of them individually hereby is, authorized, in the name and on behalf of the Company, to negotiate the terms of, and execute and deliver the Credit Agreement, promissory notes, the Security Agreements and any other DIP Loan Documents and certificates related thereto or required thereby, containing such terms and conditions (including any terms and conditions deemed reasonable by the Authorized Persons which modify or supplement the Term Sheet or are in addition to the Term Sheet), setting forth such rights and obligations and otherwise addressing or dealing with such subjects or matters determined to be necessary, appropriate or desirable by the Authorized Persons executing the same, the execution thereof by such Authorized Persons to be conclusive evidence of such determination, and to do all such other acts or deeds as are or as are deemed by such Authorized Persons to be necessary, appropriate or desirable to effectuate the intent of, or

matters reasonably contemplated or implied by, this resolution and the foregoing resolutions.

## CERTIFICATE

The undersigned board members of the Company, hereby certify as follows:

1. We are the duly qualified and elected board members and, as such, are familiar with the facts herein certified and are duly authorized to certify same on behalf of the Company.

2. The foregoing is a true, complete and correct copy of the resolutions of the Board of Directors of the Company.

3. Such resolutions have not been amended, altered, annulled, rescinded or revoked and are in full force and effect as of the date hereof.

IN WITNESS WHEREOF, the undersigned have executed this certificate as of the ___ day of March 2019. The action of the board may be executed in any number of counterparts, each of which when so executed and delivered shall be deemed an original, and such counterparts shall together constitute one and the same instrument.

_____
Mary Carruthers, Chairman of the Board

_____
Stephen Poplin, Vice Chairman

_____
Linda McKevitt, Corporate Secretary

_____
Miles S. Miller, Director

_____
Bonnie Collis, Director

_____
Peter Cook, Director

_____
William Lonchas, Director

_____
Dan Neja, Director

6

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Samuel R. Maizel, (SBN 189301)<br>DENTONS US LLP<br>601 South Figueroa, Suite 2500<br>Los Angeles, CA 90017<br>Telephone: (213) 623-9300<br>Facsimile: (213) 623-9924<br>samuel.maizel@dentons.com<br><br>☒ *Attorney for:* Debtor | FOR COURT USE ONLY |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION** ||
| In re:<br>Air Force Village West, Inc. d/b/a Altavita Village,<br><br><br><br>Debtor(s). | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER: 11 |
| <br><br>Plaintiff(s), | **CORPORATE OWNERSHIP STATEMENT PURSUANT TO FRBP 1007(a)(1) and 7007.1, and LBR 1007-4** |
| <br><br>Defendant(s). | [No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, *(Printed name of attorney or declarant)* Samuel R. Maizel (counsel to Debtor)                , the undersigned in the above-captioned case, hereby declare under penalty of perjury under the laws of the United States that the following is true and correct:

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1. I have personal knowledge of the matters set forth in this Statement because:

    ☐ I am the president or other officer or an authorized agent of the Debtor corporation
    ☐ I am a party to an adversary proceeding
    ☐ I am a party to a contested matter
    ☒ I am the attorney for the Debtor corporation

2.a. ☐ The following entities, other than the Debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

    None

    [For additional names, attach an addendum to this form.]

  b. ☒ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

Date: March 10, 2019              By: _[signature]_
                                  Signature of Debtor, or attorney for Debtor

                                  Name: Samuel R. Maizel
                                  Printed name of Debtor, or attorney for Debtor

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                    Page 2                    F 1007-4.CORP.OWNERSHIP.STMT

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
None

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
N/A

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
None

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
N/A

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at  Riverside            , California

Date: March 10, 2019

*/s/ Mary Carruthers*
Signature of Debtor
Mary Carruthers, Chairman of the Board

Signature of Joint Debtor

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                    Page 1                    F 1015-2.1.STMT.RELATED.CASES

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Samuel R. Maizel SBN 189301<br>DENTONS US LP<br>601 South Figueroa Street, Suite 2500<br>Los Angeles, CA 90017<br>Telephone: (213) 623-9300<br>Facsimile: (213) 623-9924<br>samuel.maizel@dentons.com<br><br>☐ Debtor(s) appearing without attorney<br>☒ Attorney for Debtor | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

| In re:<br>AIR FORCE VILLAGE WEST, INC. d/b/a ALTAVITA VILLAGE<br><br><br><br>Debtor(s). | CASE NO.:<br>CHAPTER: 11<br><br>**VERIFICATION OF MASTER MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(d)]** |
|---|---|

Pursuant to LBR 1007-1(d), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of 216 sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: March 10, 2019

_Mary Carruthers_
Debtor's signature
Mary Carruthers

Date: _____

Joint Debtor's signature (if applicable)

Date: March 10, 2019

_Samuel R. Maizel_
Attorney's signature (if applicable)
Samuel R. Maizel

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California

December 2014                                                                                                     F 1007-1.MAILING.LIST.VERIFICATION