Sara L. Chenetz, Cal. Bar No. 206936
SChenetz@perkinscoie.com
Amir Gamliel, Cal. Bar. No. 268121
AGamliel@perkinscoie.com
**PERKINS COIE LLP**
1888 Century Park East, Suite 1700
Los Angeles, CA 90067
Telephone: 310.788.9900
Facsimile: 310.788.3399

*Attorneys for the Official Committee of Unsecured Creditors*

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>AIR FORCE VILLAGE WEST, INC. d/b/a ALTAVITA VILLAGE,<br><br>Debtor. | Case No.: 6:19-bk-11920 SC<br><br>Chapter 11<br><br>**NOTICE OF FILING STATEMENT OF CERTAIN RESIDENTS**<br><br>Honorable Scott Clarkson |

PLEASE TAKE NOTICE that residents Frank M. Drake and Beverly A. Drake, residents of Air Force Village West, have asked that committee counsel file the attached current Resident Entrance Fee Refund Liability Notice with the Court. The Court having asked that residents communicate with counsel, committee counsel is filing this so the Court and parties in interest have this and it is part of the Court record.

DATED: July 30, 2019                     PERKINS COIE LLP


By: /s/ Sara L. Chenetz
    Sara L. Chenetz,
    Attorneys for the Official Committee of Unsecured Creditors

134196-0001/144642211.1

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

| In re: | Case No. 6:19-bk-11920-SC |
|---|---|
| AIR FORCE VILLAGE WEST, INC. d/b/a ALTAVITA VILLAGE, | Chapter 11 Case |
| | Hon. Scott C. Clarkson |
| Debtor and Debtor in Possession. | CURRENT RESIDENT ENTRANCE FEE REFUND LIABILITY NOTICE |

To: Counsel to the Committee, Perkins Coie LLP

From: Frank M. Drake and Beverly A. Drake, Residents of Air Force Village West.

Subject: United States Bankruptcy Court Case No. 6:19-bk-11920-SC. Amount of Entrance Fee Refund

We dispute the amount of the Entrance Fee Refund Liability and/or the amount of the Refund Deposit proposed. It is our position a refund of $28,890.00 each is more equitable. The basis for our position and the supporting documentation is shown in the copy of the enclosed letter to Wendi A. Horwitz, Deputy Attorney General State of California. It is requested this information be provided to the Bankruptcy Court for its consideration.

Our Residency Agreement was signed on 4/26/2002.   *CONTRACT DATE 3/25/2002* fd

Frank M. Drake should be contacted for additional information or to resolve any issues. He can be reached at:

21129 Vandenberg Ave, Riverside CA   92518

Phone No. 951 5675958

Email:  fbdrake@roadrunner.com

Your assistance in the resolution of this problem will be appreciated.


*Frank M. Drake*          *Beverly A. Drake*                    Date: 7/26/2019

Encl: 1

To: Wendi A. Horwitz, Deputy Attorney General State of California

From: Frank M. Drake and Beverly A. Drake, Residents of Altavita Village

Subject: Proposed sale of the assets of Air Force Village West, Inc. d/b/a Altavita Village

My Wife and I do not object to the sale of the assets of Air Force Village West, Inc. but do object to the proposed distribution of the proceeds. The debtor proposes to reject the contracts with the residents and there by void the responsibility of providing the services agreed to and paid for. The Debtor claims the contracts have no monetary value. This is not correct and represents a gross inequity. When we paid the entrance fee and entered into a Continuing Care Contract we were informed $57,780.00 of our CCRC entrance fee covered discounted Future Health Care (see exhibits 1 & 2). The sale of the assets and the purchaser's refusal to assume this responsibility means the corporation is no longer able to perform this obligation and the residents are entitled to a refund of this money. The residents should therefore be considered creditors for at least this amount during the determination of the distribution of the proceeds.

It is obvious that the allegation the resident contracts have no value is incorrect. In order to get an acceptable bid for the assets of the corporation it was necessary to use the Bankruptcy Court to terminate the Resident Contracts there by relieving the Corporation and the purchaser of their obligation to the residents. A Copy of a brochure describing the Village and the services provided the residents is furnished, ( Exhibit 3). To this date we have not received a description of what services the buyer proposes to provide.

We are also concerned with the statement contained in several of the legal filings that the residents will only have 30 days to accept the new rental agreements or leave the Village. This does not provide sufficient time to find and arrange a move to a new location if the proposed situation is not acceptable.

The majority of the information contained in this letter and the Exhibits was furnished to the "Unsecured Creditors Committee" but none of the filings or other communications indicate the Bankruptcy Court has considered the loss of services by the residents. For this reason, we are sending copies of this letter to the Attorneys involved.

We thank you for any assistance you can provide to resolve this situation and result in an equitable arrangement for all of the parties involved particularly the residents of Air Force Village West.

_Frank M. Drake_    _Beverly A. Drake_    Date: 7/25/2019

Encl: 3

CC: Counsel to the Debtor, Counsel to the Committee and California Dept. Of Social Services

Wendi A. Horwitz, Deputy Attorney General State of California

After signing the letter. I was concerned we had not provided an adequate description of the Bankruptcy case we were addressing so we prepared this addendum to resolve this omission. We also recognized the need to provide you with contact information in the event you desired additional information. If this is necessary please contact:

    Frank M. Drake

    21129 Vandenberg Ave, Riverside CA 92518

    Phone No. 951 5675958

    Email: fbdrake@roadunner,com

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

| In re: | Case No. 6:19-bk-11920-SC |
|---|---|
| AIR FORCE VILLAGE WEST, INC. d/b/a ALTAVITA VILLAGE, | Chapter 11 Case |
| | Hon. Scott C. Clarkson |
| Debtor and Debtor in Possession. | **CURRENT RESIDENT ENTRANCE FEE REFUND LIABILITY NOTICE** |

_Frank M. Drake_      _Beverly A Drake_      Date: 7/25/2019

Frank M. Drake      Beverly A Drake



17050 Arnold Drive • Riverside, California • 92518-9985 • 909-697-2000 • Fax: 909-697-2842 • http://www.afvw.com
CA RCFE License #330907913 • License #25-0000-347 • Certificate 165

January 31, 2003

Dear Resident:

In connection with your residency at Air Force Village West, Inc., you paid an entrance fee and entered into a Continuing Care Contract. Under certain terms of the contract you are guaranteed discounted health care that may be delivered in the future. Discounted care means that the fees paid at the time of service are less than the costs to provide the service. Therefore, one of the advantages of paying the entrance fee is that a portion represents a prepayment of the discounted future health care, and currently the IRS has been allowing this prepayment as a medical expense deduction.

Since you and/or your tax advisor do not have readily available the data necessary to determine the medical expense component each year, the Corporation makes the calculation and reports to the residents. The methodology of this computation is based on a per capita amount determined by a actuarially-based utilization projections model. We believe that this methodology better reflects current Internal Revenue Service thinking on the subject.

For residents who entered the facility in 2002, the present value of prepaid health care expense is $28,890 per person. No allocation has been made to monthly service fees.

You should forward this information to your tax advisor for possible application on your 2002 tax return.

Air Force Village West is supplying this information to you and is not giving any tax advice. Any determination as to how the information provided to residents is used in the preparation of tax returns rests solely with the resident and his or her tax advisor.

Sincerely,

Charles L. Dalton
Vice President/Finance

CLD:ks

f:\office\restaxes\\medddt.02

February 5, 2001

> Sample Medical Tax Deduction Letter

Dear Resident:

In connection with your residency at Air Force Village West, Inc., you paid an entrance fee and entered into a Continuing Care Contract. Under certain terms of the contract you are guaranteed discounted health care that may be delivered in the future. Discounted care means that the fees paid at the time of service are less than the costs to provide the service. Therefore, one of the advantages of paying the entrance fee is that a portion represents a prepayment of the discounted future health care, and currently the IRS has been allowing this prepayment as a medical expense deduction.

Since you and/or your tax advisor do not have readily available the data necessary to determine the medical expense component each year, the Corporation makes the calculation and reports to the residents. In addition, for 1998, Air Force Village West, Inc. changed the methodology of this computation from a percentage of fees method based on departmental costs, to a per capita amount based on actuarially-based utilization projections. We believe that the new methodology better reflects current Internal Revenue Service thinking on the subject.

For residents who entered the facility in 2000, the present value of prepaid health care expense is $39,810 per person. No allocation has been made to monthly service fees.

You should forward this information to your tax advisor for possible application on your 2000 tax return.

Air Force Village West is supplying this information to you and is not giving any tax advice. Any determination as to how the information provided to residents is used in the preparation of tax returns rests solely with the resident and his or her tax advisor.

Sincerely,

Charles L. Dalton
Vice President/Finance

CLD:ks
f:\office\restaxes\meddddt.00



*Air Force Village West*
*A Retirement Resort*

Air Force Village West Information Center • 17050 Arnold Drive • Riverside • California • 92518-9985
909-697-2100 • 1-800-729-2999 • Fax: 909-697-2104 • http://www.afvw.com • e-mail: info@afvw.com

CA RCFE License #330907913 • License #25-0000-347

## WHAT IS THE SIGNIFICANCE OF CERTIFICATION?

"THE ASSOCIATION OF RETIREMENT RESORTS INTERNATIONAL," (ARRI) HAS CERTIFIED AFVW AS ONE OF "THE WORLD'S FINEST RETIREMENT RESORT COMMUNITIES."

ARRI helps seniors identify the finest of the Active Retirement Communities. The ones that meet specific criteria are certified by ARRI as Retirement Resorts. Just as the finest places to play tennis are Tennis Resorts and the finest places to ski are Ski Resorts, the finest places to retire are now recognized as Retirement Resorts. This revolutionary new category of retirement communities for active seniors also offers on-campus health care services. These communities are ideal for those retirees that want to enjoy a very active lifestyle, and who also want the additional security of health care services, if needed. Being cared for within their own communities and among friends makes the whole idea of long-term care palliative.

## WHAT TYPE OF RETIREMENT RESORT COMMUNITY IS AIR FORCE VILLAGE WEST?

AFVW is a military-oriented Continuing Care Retirement Community (CCRC). It is a full-service retirement resort facility designed for a stress-free lifestyle, comfortable housing and the added benefit and security of long-term health care.

The long-term care concern of how and where to find quality care at affordable rates when needed, has become "the" most important issue seniors are faced with today. Long-term care will be a reality for an unpredictable percentage of us. As a member of AFVW, you are eligible not only to lifetime residency in the style and size home of your choice with access to a variety of convenient amenities and services, but most importantly relief, knowing Skilled Nursing, Assisted Living and Special Care facilities are available right here on campus.

The AFVW Health Center offers Assisted Living apartments for those residents who may need support in daily living, a Skilled Nursing facility for those who may require professional medical care and attention, and a Special Care wing dedicated to the needs of Alzheimer and dementia. Residents will feel secure knowing that future long-term health care needs will be met in familiar surroundings, at affordable rates.

## WHAT MAKES AFVW UNIQUE?

AFVW offers 15 different floor plans to choose from, in single family detached or attached homes and apartments, from 644 to 3,360 square feet. Thus, a size and style for everyone, with entry and monthly fees to fit any budget.

AFVW is a beautiful resort built on 153 acres of rolling hills, 1700 feet above sea level, and overlooking the majestic California Sierra Nevada mountain range. With many attractions within driving distance, residents enjoy the Gen. Archie Old Golf Course, March Air Reserve Base, Lake Perris, Ontario International Airport, mountain resorts, Palm Springs, beaches, San Diego, Mexico, and Las Vegas! It's the ideal Southern California location.

## WOULD I BE PURCHASING REAL ESTATE IF I MOVE TO AIR FORCE VILLAGE WEST?

No. You are purchasing a continuing care contract. The contract provides a comfortable home for life and various levels of health care, when needed.

## DO I PAY REAL ESTATE TAXES AT AIR FORCE VILLAGE WEST?

No! However, you will receive medical tax deductions. There are two types of medical deductions: a one-time deduction based on a percentage of the entry fees, and a yearly deduction based on the percentage of monthly service fees.

## WHAT GUARANTEES DOES AFVW OFFER?

Personal and financial security is important in your selection of a retirement community. To provide you with reassurance in your decision to live at AFVW, we offer a 100% money back guarantee!

It works like this: if, during the first three (3) months of occupancy, you decide to leave the village due to move-out or death, AFVW will refund to you or your estate 100% of all monies paid. After four (4) months 96% and after five (5) months 95% will be refunded to you or your estate. After the five-month period, refunds are based on the "Refund Plan" selected upon move-in. To help with your estate planning, AFVW offers a 50% or 95% refund of the total entry fee for as long as you reside at AFVW.

*Continued...*


*Air Force Village West Questions & Answers*

QUESTIONS & ANSWERS

Most important, you (or your family) are not burdened with having to repair or wait for the home to be reassigned in order to receive a refund; and, unlike many other plans, the refund is made directly to you or your estate. Property depreciation is no longer a concern.

Furthermore, should you select the 0% Refund Plan, based on the lowest entry fee, this plan provides a declining 2-1/2% per month refund should you move out during the first 43 months of occupancy. There is no refund to the estate after the first five months of occupancy due to death.

## WHAT QUALIFICATIONS MUST I MEET FOR RESIDENCY?

A) All former Officers of the uniformed services, either honorably separated or retired, are eligible for residence. Officers of all seven branches of the United States, (Army, Navy, Marine Corps, Air Force, Coast Guard, Public Health Service and NOAA.) Regular, reserve, national guard, or the widow (widower) of an officer, as evidenced by the appropriate ID card or discharge papers,

B) You must be financially capable of purchasing the continuing care contract for the residence of your choice and be able to maintain payments of the monthly service fee.

C) You must be in good health, physically and mentally; able to live on your own and meet the AFVW health standards as directed by the State of California regulations. In order to be covered under the AFVW continuing care contract, you must also pass a health screening conducted by your doctor and submitted to the AFVW Health Committee for review.

D) Age requirements: You must be 55 or more.

## DOES AFVW HAVE SPECIAL PROGRAMS FOR SINGLES?

AFVW has a special solos club for singles and no single person need dine alone. We also have numerous group activities including travel, concerts, dine-out, dances and plays. Being single at AFVW does not mean being "alone."

## WHAT DOES THE MONTHLY SERVICE FEE COVER?

The monthly service fee covers: 1) A flexible meal plan — Meals can be taken at the "Club," take-out, or home delivery. 2) A guarded, gated community with 24-hour on-campus security services. 3) Scheduled transportation in AFVW buses. 4) Weekly housekeeping. 5) Complete inside and outside home maintenance. 6) Complete landscape maintenance. 7) Use of all common areas: indoor/outdoor pool, exercise club, beauty and barber shops, game rooms, library, chapel, party rooms, arts and craft areas. 8) Emergency call system in every home. 9) Walk-in clinic. 10) Emergency nursing care. 11) A social director to plan activities. 12) Special Diets. And more.

## HOW ARE THE MONTHLY SERVICE FEES DETERMINED?

The monthly fees are based on single or double occupancy and the size of the home selected.

## WILL THE MONTHLY FEES BE INCREASED OVER TIME?

The monthly fees are a function of operating costs and are adjusted yearly as needed. The Board of Directors is committed to maintaining a high quality of life and programs at AFVW consistent with prudent fiscal management.

## HOW DO I RESERVE A RESIDENCE AT THE VILLAGE?

FOR IMMEDIATE OCCUPANCY: You may select and reserve a residence of your choice, for an agreed-upon time, with a $10,000 deposit while you sell your home and complete the financial and preliminary health reviews.

FOR FUTURE OCCUPANCY: A priority wait list has been established for those wanting future occupancy. A $5,000 or $10,000 deposit, on the wait list for the home of choice, will maintain your position on the list until you are offered a home and are ready to exercise your priority. Should you change your mind, the total amount deposited is 100% refunded. Also, if it is subsequently determined that you are not eligible for residency at AFVW, or if there is a medical situation that prevents your move, AFVW will refund your deposit plus all interest accrued.

## WHAT SHOULD I DO IF THE FLOOR PLAN I DESIRE IS NOT AVAILABLE?

AFVW has fifteen floor plans. If you are interested in a particular floor plan that is not available, we have an alternate solution. You may move into a comparable floor plan temporarily and then when your selection becomes available, AFVW will pay for your move.

## WHAT DOES THE WEEKLY HOUSEKEEPING SERVICE INCLUDE?

The housekeeping staff will, on a weekly basis, clean your home, including the kitchen, appliances, and bathrooms. The staff also shampoos carpets on a scheduled basis, contracts for semiannual window cleaning, and spring cleaning.

## I UNDERSTAND THAT YOU HAVE A BEAUTIFUL DINING ROOM AT THE VILLAGE. AM I REQUIRED TO WEAR A COAT AND TIE IF I HAVE A MEAL THERE?

No. Although people like to dress up for Sunday Brunch, special parties and functions, our dress code standards have been developed by our residents, and are generally governed by common sense. Tank tops, for example, are never acceptable. Similarly, residents and guests may wear shorts at lunch but not at the evening meal. Coat and tie are not usually worn during the week.

## WHAT IS THE DINING PROGRAM?

A restaurant or Club-style dining room is open for breakfast, lunch and dinner, Monday through Saturday, and on Sunday a wonderful Champagne Brunch is served. Residents may choose any of these meals as the one meal covered in the Service Fee, or may take three meals per day paying for the other two. AFVW also offers an option of one meal per day or the flex plan of 25 meals per month, crediting your service fee account with the

meals not taken. Residents enjoy open seating, menu selection, take-out, or meals delivered. Valet parking is available at the lobby entrance for the evening meal and Sunday brunch.

### WHAT ABOUT PRIVATE PARTIES, DOES AFVW PROVIDE FOR THEM?

Private parties can be accommodated in the private Dining Room, Convocation Room or either of two party rooms. AFVW also has an Ice Cream Parlor with an indoor terrace for other types of gatherings.

### MAY I BRING GUESTS TO THE DINING ROOM?

Yes, family members and friends are always welcome. You may charge their meals to your account or they can pay as they enter the dining room.

### WHAT IS THE AFVW POLICY ON TIPPING?

Tipping is not permitted at AFVW. However, the Resident Council has established a gratuity program for those residents wanting to reward the employees that serve them. This program is strictly voluntary and can be arranged through the Finance Office. Should you choose to donate, the amount of your donation will appear on your Monthly Service Bill.

### WHAT TYPE OF ACTIVITIES AND SOCIAL EVENTS DOES AFVW OFFER?

AFVW has an Activities Coordinator who plans activities and events of interest to the residents. The Activities Coordinator is also available to assist residents with group events. These activities include, but are in no way limited to: bridge, dances, live entertainment, educational classes, as well as new and innovative arts and crafts classes. The Coordinator also arranges group travel excursions in the local area as well as extended tours. There are numerous activity centers at AFVW for your use, including a craft and painting studio, game rooms, library, chapel, an indoor/outdoor swimming pool and a health and exercise club.

### ARE THE GROUNDS OF THE COMMUNITY CONDUCIVE TO WALKING?

Absolutely! AFVW is ideally suited for those who enjoy walking, with many nature paths on the secured and beautifully landscaped 153 acre campus.

### ARE GOLF CARTS PERMITTED AS ALTERNATIVE TRANSPORTATION?

Yes. Residents enjoy the convenience of driving their carts throughout the Village and for their convenience, there is a golf cart parking lot adjacent to the central clubhouse. Golfers also drive to the Lt. Gen. Archie Old golf course adjacent to the Village.

### ARE STORAGE AREAS AVAILABLE?

Yes. Apartments have storage areas next to the patio. Individual homes and duplexes have attached garages that provide additional storage.

### I HAVE A LARGE RV. DOES AFVW PROVIDE RV PARKING?

YES! AFVW has a secured and conveniently located RV lot (complete with dump and wash station) available to our residents for a small monthly fee. And the RV Club, "TheVagabonds," makes travel plans months in advance. They have traveled together to Alaska, Canada and Baja Mexico.

### WHAT IS THE WEATHER LIKE AT AFVW?

AFVW is blessed with an ideal Southern California climate. The summers have warm, comfortably dry days. The temperature cools off in the evenings and mornings due to a late afternoon sea breeze. Winter days are very mild, with a moderate rainfall and no snow. AFVW is located 12 miles southeast of Riverside, 1,700 feet elevation, about 1,000 feet above the city.

| Month | Temp | | Rain | Month | Temp | | Rain |
|---|---|---|---|---|---|---|---|
| JAN | 42 | 62 | 1.9 | JUL | 61 | 88 | .01 |
| FEB | 44 | 64 | 1.9 | AUG | 61 | 87 | .02 |
| MAR | 45 | 65 | 1.6 | SEPT | 58 | 83 | .03 |
| APR | 46 | 71 | 0.8 | OCT | 54 | 75 | .04 |
| MAY | 51 | 72 | 0.2 | NOV | 47 | 73 | .10 |
| JUN | 55 | 79 | 0.1 | DEC | 43 | 67 | .15 |

*(Compliments of AFVW's resident Richard Cale, meteorologist.)*

### WHAT ABOUT OVERNIGHT GUESTS AND CHILDREN, ARE THEY ALLOWED?

Yes. Your adult guests and children are always welcome at AFVW. You may accommodate your guests in your home or reserve one of our guest rooms.

### MAY I HAVE A PET AT AFVW?

Yes, many pets reside at AFVW. Your pet must be well-behaved, and not a disturbance to other residents. (For more information on pets, request a copy of the AFVW Pet Policy).

### WHAT TYPE OF SECURITY DOES AFVW OFFER ITS RESIDENTS?

The main entrance to AFVW is secured and monitored by close circuit TV around the clock. Security is present 24 hours a day, including the evening hours when security staff patrols the grounds. For further peace of mind, each home has an emergency call system connected to the front desk and manned 365 days/24 hours a day, for immediate response. Fire protection has been provided through the installation of smoke detector alarms, also connected to the Front Desk.

### IS THERE A HOSPITAL LOCATED NEAR AIR FORCE VILLAGE WEST?

There are many hospitals located within a 30 minute drive from

*Continued...*

AFVW. (We will be happy to supply you with a map showing hospital locations.) Should an emergency occur, pull your emergency cord, the Front Desk will dispatch security and an RN to your residence for immediate help.

### IS THERE SHOPPING NEARBY?

Major malls are located less than 20 minutes away from AFVW. You will find quality stores such as Nordstrom, Robinson-May, and Macy's. In addition, there are a number of major discount stores, including Wal-Mart, Price Club and Sam's Club, and the Ontario Mills with 150 outlet stores. Also, for those qualified officers, March Air Reserve Base offers a Commissary and Base Exchange.

### IS THERE A GOOD LOCAL AIRPORT CLOSE BY?

The Ontario International Airport is convenient and only a half hour drive from Air Force Village West. Most major airlines fly out of Ontario with connecting flights to anywhere in the world. The Ontario Airport has several shuttle services and car rentals.

### WHAT TYPE OF TRANSPORTATION DOES AFVW OFFER?

Regularly scheduled transportation is available within the local areas to shopping centers and March Air Reserve Base at no charge. Transportation to other destinations, such as the airport, is available at an additional charge.

### MUST I PASS A HEALTH EXAMINATION TO BE A RESIDENT OF AFVW?

Yes. The Information (or Marketing) Office will provide you with the forms (physicals) to take to your doctor. Your Physician must complete the physical and mail it to the Information Office at AFVW. Your physical is then reviewed by the AFVW Medical Health Committee. You must be able to live independently, without assistance. Once you have received your Letter of Acceptance, it will be valid for six months.

### WHAT DOES THE CCRC CONTRACT COVER?

As a Resident of AFVW you are entitled to short and long-term care. The Continuing Care Contract takes into account the possible need for future assisted living, skilled nursing, and special care. The basic rate charged to our residents for the increased level of care is approximately 50% less than community rates. The goal is to provide excellent health care at estate protecting rates.

### WHAT MEDICAL INSURANCE IS REQUIRED TO BE A RESIDENT OF AFVW?

You must be enrolled in Medicare Parts A and B, an HMO, Champus, or have equivalent coverage which meets the requirements for hospitals, physicians, drugs and other acute health care services. A Medicare supplemental policy is also encouraged.

### HOW IS THE VILLAGE MANAGED?

AFVW is professionally managed by a Board of Directors, the President/CEO and an experienced professional staff. They are responsible for the daily operation of AFVW as well as compliance with the policies of AFVW in accordance with specific State of California licensing regulations. AFVW is a not-for-profit retirement resort community. The Board of Directors is comprised of military officers who voluntarily serve you with no financial compensation.

### DO RESIDENTS HAVE A VOICE AT AFVW?

YES! Residents of AFVW have a say in how the Village is run. The Board of Directors has several committees with resident representation. There is a Resident Council with committees who act as advisors to Management and the Board. Resident opinions are valued adjuncts to the success of the management process!

### WHEN SHOULD I CONSIDER MOVING TO AFVW?

Let's be frank. Moving from your established home can be a very difficult decision. Some people wait until after a medical crisis and then decide that it's time to move into a continuing care retirement program. One problem with waiting until that crisis occurs is that you may have waited too long and be ineligible for residency. Every year a number of people are denied entrance to AFVW, usually because they just "waited too long."

Another important consideration is lifestyle. We are a young, active, and very involved group of people, in a place you will really enjoy. If you do wait, you will miss out on all the fun, activities, amenities and stress-reducing services provided, besides the opportunity to meet many new friends! Simply, if "you aren't ready yet," you miss out on a wonderful opportunity and a great lifestyle.

One of our retired Navy officers described the Village as a "giant cruise ship, without all the water."

*"This really is retirement the way it was meant to be!"*

**More Questions?
No problem, just ask us.
1-800-729-2999**
www.afvw.com
e-mail to: info@afvw.com

Air Force Village West, Inc.
A non-profit corporation

17050 Arnold Drive • Riverside, CA 92518

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 1888 Century Park East, Suite 1700, Los Angeles, California 90067

A true and correct copy of the foregoing document(s) described as

**NOTICE OF FILING STATEMENT OF CERTAIN RESIDENTS**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On August 1, 2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒    Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL(indicate method for each person or entity served):**
On August 1, 2019, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒    Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| August 1, 2019 | Caroline Mallahi | /s/ Caroline Mallahi |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

134196-0001/144561366.1

**ATTACHED SERVICE LIST**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Daniel S Bleck    dbleck@mintz.com
- Jeffrey W Broker    jbroker@brokerlaw.biz
- Sara Chenetz    schenetz@perkinscoie.com, dlax@perkinscoie.com;cmallahi@perkinscoie.com
- Benjamin G Diehl    benjamin.diehl2@doj.ca.gov
- Abram Feuerstein    abram.s.feuerstein@usdoj.gov
- Eric J Fromme    efromme@tocounsel.com, lchapman@tocounsel.com;sschuster@tocounsel.com
- Amir Gamliel    amir-gamliel-9554@ecf.pacerpro.com, cmallahi@perkinscoie.com;DocketLA@perkinscoie.com
- Evan Gershbein    ECFpleadings@kccllc.com
- Everett L Green    everett.l.green@usdoj.gov
- Brian D Huben    hubenb@ballardspahr.com, carolod@ballardspahr.com
- Peter F Jazayeri    peter@jaz-law.com
- Elan S Levey    elan.levey@usdoj.gov, louisa.lin@usdoj.gov
- Samuel R Maizel    samuel.maizel@dentons.com, alicia.aguilar@dentons.com;docket.general.lit.LOS@dentons.com;tania.moyron@dentons.com;kathryn.howard@dentons.com;joan.mack@dentons.com;derry.kalve@dentons.com
- Vincent J Marriott    Marriott@ballardspahr.com, Pearsonj@ballardspahr.com
- Tania M Moyron    tania.moyron@dentons.com, chris.omeara@dentons.com
- Abigail V O'Brient    avobrient@mintz.com, docketing@mintz.com;DEHashimoto@mintz.com;nleali@mintz.com;ABLevin@mintz.com;GJLeon@mintz.com
- Eric E Sagerman    esagerman@bakerlaw.com, nbrazil@bakerlaw.com
- James Toma    james.toma@doj.ca.gov, marsha.petty@doj.ca.gov;teresa.depaz@doj.ca.gov
- Todd L Turoci    mail@theturocifirm.com
- United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov
- Kenneth K Wang    kenneth.wang@doj.ca.gov, Jennifer.Kim@doj.ca.gov;Stacy.McKellar@doj.ca.gov;yesenia.caro@doj.ca.gov

<u>VIA U.S. MAIL</u>

| Board of Equalization<br>P.O. Box 942879<br>Sacramento, CA 94279-3535 | Christopher S. Hall<br>Alex N. Newsum<br>McCormick, Barstow, Sheppard, Wayte & Ca<br>7647 North Fresno Street<br>Fresno, CA 93720 |
|---|---|
| County of Riverside<br>Department of Environmental Health<br>P.O. Box 7909<br>Riverside, CA 92513-7909 | Employment Development Department<br>Attn: Cahier-RB<br>P.O. box 826219<br>Sacramento, CA 94230-6219 |

| Lukins & Annis, P.S.<br>Attn: Jed Morris<br>Washington Trust Financial Center<br>717 W. Sprague Avenue, Suite 1600<br>Spokane, WA  99201 | U.S. Department of Health & Human Services<br>Attn: Sylvia Mathews Burwell, Secretary<br>200 Independence Avenue, S.W.<br>Washington, DC  20201 |
|---|---|

**Debtor**
Altavita Village
17050 Arnold Drive
Riverside, CA 92518

**Debtor's Counsel**
Samuel R. Maizel, Esq.
Tania M. Moyron, Esq.
Gary W. Marsh, Esq.
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, CA 90017-5704

**U.S. Trustee**
Everett L. Green, Esq.
Abram Feuerstein, Esq.
U.S. Dept. of Justice
3801 University Avenue, Suite 720
Riverside, CA 92501

**Attorney for Secured Creditor, UMB Bank, N.A.**
Daniel S. Bleck, Esq.
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, MA 02111

**Attorney for Secured Creditor, UMB Bank,N.A.**
Abigail V. O'Brient, Esq.
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.
2029 Century Park East, Suite 3100
Los Angeles, CA 90067

**Attorney for Secured Creditor, KBC Bank, N.V.**
Brian D. Huben, Esq.
BALLARD SPAHR, LLP
2029 Century Park East, Suite 800
Los Angeles, CA 90067

1  **Attorney for Secured Creditor, KBC Bank, N.V.**
Vincent J. Marriott, III, Esq.
2  BALLARD SPAHR, LLP
3  1735 Market Street
Philadelphia, PA 19103
4
**Attorney for Secured Creditor, LAPIS Advisors**
5  Eric E. Sagerman, Esq.
Baker Hostetler
6  11601 Wilshire Boulevard, Suite 1400
7  Los Angeles, CA 90025

8  Honorable Judge Scott C. Clarkson
United States Bankruptcy Court
9  Central District of California
Ronald Reagan Federal Building and Courthouse
10  411 West Fourth Street, Suite 5130 / Courtroom 5C
11  Santa Ana, CA 92701-4593