Eric J. Fromme, Esq. (State Bar No. 193517)
efromme@tocounsel.com
THEODORA ORINGHER PC
535 Anton Boulevard, Ninth Floor
Costa Mesa, California 92626-7109
Telephone: (714) 549-6200
Facsimile: (714) 549-6201

Attorneys for WESTMONT DEVELOPMENT, L.P.
Interested Party

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE DIVISION

| | |
|---|---|
| In re | Case No. 6:19-BK-11920-SC |
| AIR FORCE VILLAGE WEST, INC. dba Altavita Village, | Chapter 11 |
| Debtor(s) | **WESTMONT DEVELOPMENT, L.P.'S LIMITED OBJECTION TO DEBTOR'S MOTION TO REJECT EXECUTORY CONTRACTS AND UNEXPIRED LEASES** |
| | **Hearing Date and Time:**<br>Date: August 27, 2019<br>Time: 1:30 p.m.<br>Courtroom: 5C<br>Address: 411 West Fourth Street<br>Santa Ana, CA 92701 |
| | Video Courtroom:[1]<br><br>Date: August 27, 2019<br>Time: 1:30 p.m.<br>Address: 3420 Twelfth Street<br>Riverside, CA 92501 |

---

[1] Please take notice that counsel and parties may appear at either Judge Clarkson's video courtroom located at the United States Federal Courthouse, Riverside Division, 3420 Twelfth Street, Video Hearing Room 126, Riverside, CA 92501, or live at the United States Bankruptcy Court – Ronald Reagan Federal Building and Court House, 411 West Fourth Street, Courtroom 5C, Santa Ana, CA 92701.

1176459.1/81700.82002

**TO THE HONORABLE SCOTT CLARKSON, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, THE DEBTOR, THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, SECURED CREDITORS, AND OTHER PARTIES IN INTEREST:**

Westmont Development, L.P. files this limited objection to the Debtor's Motion To Reject Executory Contracts And Unexpired Leases [Docket No. 391] (the "Rejection Motion").

## I.

## DEBTOR SEEKS TO IMPROPERLY TREAT AN ASSET OF THE ESTATE PURCHASED BY WESTMONT AS AN EXECUTORY CONTRACT.

The Rejection Motion identifies on Exhibit "A", page 1, a purported equipment lease with CIT, assignee of Marlin Business Bank, of a Hobart Dishwasher as an executory contract. The contract is neither a lease nor an executory contract. It is a purchase agreement and as such the Hobart Dishwasher is an asset of the Debtor's estates. Pursuant to the terms of the Asset Purchase Agreement between Debtor and Westmont Living, Inc., and the Order Approving the Sale of the Debtor's Assets [Docket No. 393], the dishwasher was sold to Westmont, free and clear of all liens and encumbrances, including those asserted by CIT. The Debtor owns the dishwasher subject to a contract with CIT, assignee of Marlin Business Bank, which may give CIT rights as a secured creditor. Simply put, Westmont purchased all of the Debtor's assets, including the Hobart Dishwasher, and it now owns the Hobart Dishwasher.

Westmont objects to the rejection of the contract for a Hobart dishwasher, because it is a sale contract, not a lease, and Westmont purchased the asset. The contract for the Hobart dishwasher is a contract of sale.

DATED: August 13, 2019         THEODORA ORINGHER PC

By:    */s/ Eric J. Fromme*
Eric J. Fromme, Esq.
WESTMONT DEVELOPMENT, L.P.
Interested Party

1176459.1/81700.82002                 2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
535 Anton Blvd., 9th Floor, Costa Mesa, CA 92626

A true and correct copy of the foregoing document entitled (*specify*): **WESTMONT DEVELOPMENT, L.P.'S LIMITED OBJECTION TO DEBTOR'S MOTION TO REJECT EXECUTORY CONTRACTS AND UNEXPIRED LEASES**
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 8/13/2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒     Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 8/13/2019, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒     Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 8/13/2019, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 8/13/2019 | Loretta Chapman | /s/Loretta Chapman |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

1160348.1/02822.99001 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                **F 9013-3.1.PROOF.SERVICE**

SERVED BY COURT VIA NOTICE OF ELECTRONIC FILING

Samuel R. Maizel on behalf of Debtor Air Force Village West Inc.
samuel.maizel@dentons.com

Tania M. Moyron on behalf of Debtor Air Force Village West Inc.
tania.moyron@dentons.com

Abram Feuerstein, on behalf of U.S. Trustee, United States Trustee (RS)
abram.s.feuerstein@usdoj.gov

Everett L. Green on behalf of U.S. Trustee, United States Trustee (RS)
everett.l.green@usdoj.gov

Daniel S. Bleck on behalf of Creditor, UMB Bank, N.A., as Successor Trustee for the 1999 Certificates
dbleck@mintz.com

Jeffrey W. Broker on behalf of Interested Party, Scott Krentel
jbroker@brokerlaw.biz

Evan Gershbein on behalf of Other Professional Kurtzman Carson Consultants, LLC
ECFpleadings@kccllc.com

Christopher S. Hall on behalf of Interested Party Guardiancomp, Inc.
christopher.hall@mccormickbarstow.com

Paul E. Harner on behalf of Interested Party
harnerp@ballardspahr.com

Brian D. Huben on behalf of Creditor KBC Bank NV
hubenb@ballardspahr.com

Brian D. Huben on behalf of Interested Party
hubenb@ballardspahr.com

Peter F. Jazayeri on behalf of Interested Party Cordes & Company, LLC
peter@jaz-law.com

Vincent J Marriott, III on behalf of Interested Party
Marriott@ballardspahr.com

Alex N. Newsum on behalf of Interested Party Guardiancomp, Inc.
alex.newsum@mccormickbarstow.com

1160348.1/02822.99001 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                    F 9013-3.1.PROOF.SERVICE

## SERVED BY COURT VIA NOTICE OF ELECTRONIC FILING

Abigail V O'Brient on behalf of Creditor UMB Bank, N.A., as Successor Trustee for the 1999 Certificates
avobrient@mintz.com

Eric E Sagerman on behalf of  Lapis Advisers, LP
esagerman@bakerlaw.com

Larry D Webb on behalf of Interested Party
Webblaw@gmail.com

## SERVED BY PERSONAL DEVLIERY

U.S. Trustee
United States Trustee (RS)
3801 University Avenue, Suite 720
Riverside, California 92501-3200

James Toma
Supervising Deputy Attorney General
300 South Spring Street, Suite 1702
Los Angeles, CA 90013
Tel: (2123) 269-6549
Fax: (213) 897-7605
Email: James. Toma@doj.ca.gov

United States Bankruptcy Court
Central District of California
Judge Scott Clarkson, Presiding - Courtroom 126
3420 Twelfth Street
Riverside, California 92501

## SERVED BY UNITED STATES MAIL

**Daniel S Bleck**
Mintz, Levin, et al
One Financial Center
Boston, MA 02111
617-542-6000
617-542-2241 (fax)
dbleck@mintz.com

**Representing**
**UMB Bank, N.A., as Successor Trustee for the 1999 Certificates**
*(Creditor)*

**Jeffrey W Broker**
Broker & Associates PC
18111 Von Karman Ave, Ste.460
Irvine, CA 92612-7152

**Representing**
**Scott Krentel**
c/o Jeffrey W. Broker, Esq.
18111 Von Karman Ave., Suite 460

1160348.1/02822.99001 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*  **F 9013-3.1.PROOF.SERVICE**

949-222-2000
949-222-2022 (fax)
jbroker@brokerlaw.biz

Irvine, CA 91612
(949) 222-2000
(949) 222-2022 (fax)
jbroker@brokerlaw.biz
*(Interested Party)*

**Abram Feuerstein, Esq**
Office of US Trustee
3801 University Avenue , St 720
Riverside, CA 92501
951-276-6975
951-276-6973 (fax)
abram.s.feuerstein@usdoj.gov

**Representing**
**United States Trustee (RS)**
3801 University Avenue, Suite 720
Riverside, CA 92501-3200
(951) 276-6990
(951) 276-6973 (fax)
ustpregion16.rs.ecf@usdoj.gov
*(U.S. Trustee)*

**Evan Gershbein**
Kurtzman Carson Consultants
2335 Alaska Ave
El Segundo, CA 90245
310-823-9000
310-751-1853 (fax)
ECFpleadings@kccllc.com

**Representing**
**Kurtzman Carson Consultants, LLC**
2335 Alaska Ave
El Segundo, CA 90245
*(Other Professional)*

**Everett L Green**
Office of the US Trustee
3801 University Avenue
Ste 720
Riverside, CA 92501
951-276-6063
951-276-6973 (fax)
everett.l.green@usdoj.gov

**Representing**
**United States Trustee (RS)**
3801 University Avenue, Suite 720
Riverside, CA 92501-3200
(951) 276-6990
(951) 276-6973 (fax)
ustpregion16.rs.ecf@usdoj.gov
*(U.S. Trustee)*

**Christopher S. Hall**
McCormick, Barstow, Sheppard, Wayte & Ca
7647 North Fresno Street
Fresno, CA 93720
559-433-1300
559-433-2300 (fax)
christopher.hall@mccormickbarstow.com

**Representing**
**Guardiancomp, Inc.**
*(Interested Party)*

**Paul E. Harner**
Ballard Spahr LLP

**Representing**
**INTERESTED PARTY**

1160348.1/02822.99001 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**

| | |
|---|---|
| 1675 Broadway, 19th Floor<br>New York, NY 10019-5820<br>215-864-8325<br>215-864-8999 (fax)<br>harnerp@ballardspahr.com | *(Interested Party)* |
| **Brian D Huben**<br>Ballard Spahr LLP<br>2029 Century Park East<br>Suite 800<br>Los Angeles, CA 90067<br>424.204.4400<br>424.204.4350 (fax)<br>hubenb@ballardspahr.com | **Representing**<br>**KBC Bank NV**<br>c/o Ballard Spahr LLP<br>1735 Market Street<br>51st Floor<br>Philadelphia, PA 19103-7599<br>215.864.8236    215.864.9762 (fax)<br>Marriott@ballardspahr.com<br>*(Creditor)* |
| **Brian D Huben**<br>Ballard Spahr LLP<br>2029 Century Park East<br>Suite 800<br>Los Angeles, CA 90067<br>424.204.4400<br>424.204.4350 (fax)<br>hubenb@ballardspahr.com | **Representing**<br>**INTERESTED PARTY**<br>*(Interested Party)* |
| **Peter F Jazayeri**<br>Jaz, a Professional Legal Corporation<br>1100 Glendon Avenue<br>Suite 1500<br>Los Angeles, CA 90024<br>310-853-2529<br>310-388-0664 (fax)<br>peter@jaz-law.com | **Representing**<br>**Cordes & Company, LLC**<br>*(Interested Party)* |
| **Samuel R Maizel**<br>Dentons US LLP<br>601 South Figueroa Street<br>Suite 2500<br>Los Angeles, CA 90017-5704<br>213-623-9300<br>samuel.maizel@dentons.com | **Representing**<br>**Air Force Village West Inc**<br>17050 Arnold Street<br>Riverside, CA 92518<br>*(Debtor)* |
| **Vincent J Marriott, III** | **Representing** |

1160348.1/02822.99001 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                **F 9013-3.1.PROOF.SERVICE**

| | |
|---|---|
| Ballard Spahr LLP<br>1735 Market St 51st Fl<br>Philadelphia, PA 19103<br>215-864-8236<br>215-864-8999 (fax)<br>Marriott@ballardspahr.com | **INTERESTED PARTY**<br>*(Interested Party)* |
| **Tania M Moyron**<br>Dentons US LLP<br>601 South Figuerora Street<br>Suite 2500<br>Los Angeles, CA 90017-5704<br>213-623-9300<br>213-623-9924 (fax)<br>tania.moyron@dentons.com | **Representing**<br>**Air Force Village West Inc**<br>17050 Arnold Street<br>Riverside, CA 92518<br>*(Debtor)* |
| **Alex N. Newsum**<br>McCormick, Barstow, Sheppard, Wayte & Ca<br>7647 North Fresno<br>Fresno, CA 93720<br>559-433-1300<br>559-433-2300 (fax)<br>alex.newsum@mccormickbarstow.com | **Representing**<br>**Guardiancomp, Inc.**<br>*(Interested Party)* |
| **Abigail V O'Brient**<br>Mintz Levin<br>2029 Century Park East, Suite 3100<br>Los Angeles, CA 90067<br>310-586-3200<br>310-586-3202 (fax)<br>avobrient@mintz.com<br>*Assigned: 03/12/2019* | **Representing**<br>**UMB Bank, N.A., as Successor Trustee for the 1999 Certificates**<br>*(Creditor)* |
| **Eric E Sagerman**<br>Baker & Hostetler LLP<br>11601 Wilshire Boulevard<br>Suite 1400<br>Los Angeles, CA 90025<br>310-442-8875<br>310-820-8859 (fax)<br>esagerman@bakerlaw.com | **Representing**<br>**Lapis Advisers, LP**<br>*(Creditor)* |

1160348.1/02822.99001 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

*Assigned: 03/12/2019*

**Larry D Webb**         **Representing**
Law Office of Larry Webb      **INTERESTED PARTY**
484 Mobile Ste 43
Camarillo, CA 93010
805-987-1400
805-987-2866 (fax)
Webblaw@gmail.com

1160348.1/02822.99001 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*      **F 9013-3.1.PROOF.SERVICE**